IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

Southeastern Carpenters and Millwrights Health Trust, et al.,

VS.

The Mechanical Shop, Inc.,

CIVIL ACTION NO. _____CV412-33_____

## ENTRY OF DEFAULT

It appearing that the Plaintiff has filed an Affidavit for entry of default, and it further appearing that the Defendant(s) _____The Mechanical Shop, Inc._____ has/have failed to appear, plead or otherwise defend as provided in the Federal Rules of Civil Procedure;

DEFAULT is hereby entered against the said Defendant(s), this __5th__ day of _____March_____, 2012.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk