# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN CARPENTERS AND MILLWRIGHTS HEALTH TRUST; SOUTHEASTERN CARPENTERS AND MILLWRIGHTS PENSION FUND; Larry Phillips and J. Kirk Malone, as trustees of these Funds, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **CIVIL ACTION NO.** **4:12-CV-00033-WTM-GRS** |
| v. | ) ) | |
| THE MECHANICAL SHOP, INC., | ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), hereby dismiss this action

against Defendant The Mechanical Shop, Inc. without prejudice.

This 12th day of April, 2012.

Respectfully submitted,

**PARKER, HUDSON, RAINER & DOBBS LLP**

By:   <u>s/Brett S. Montroy</u>
       Eric Jon Taylor
       Georgia Bar No. 699966
       Brett S. Montroy
       Georgia Bar No. 940485

1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia  30303
(404) 523-5300
(404) 522-8409
etaylor@phrd.com
bmontroy@phrd.com

Attorneys for Plaintiffs

2

2328975_1