U.S. DISTRICT COURT
SAVANNAH
2012 APR 16 AM 11:59
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SOUTHEASTERN CARPENTERS & MILLWRIGHTS HEALTH TRUST; SOUTHEASTERN CARPENTERS & MILLWRIGHTS PENSION FUND; LARRY PHILLIPS, as trustee of the funds; and J. KIRK MALONE, as trustee of the funds;<br><br>Plaintiffs,<br><br>v.<br><br>THE MECHANICAL SHOP, INC.,<br><br>Defendant. | CASE NO. CV412-033 |

## O R D E R

Before the Court is Plaintiffs' Notice of Dismissal Without Prejudice. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, Plaintiffs' motion is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of APRIL 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA